IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                                                    Case No.  3:15cr32/MCR

CHRISTOPHER RYAN SHAFFER

_____

**REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY**

        The Defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim. P.,
and has entered a plea of guilty to Counts I and II of the Indictment.  After cautioning and examining
the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that
the guilty plea was knowing and voluntary, and that the offenses charged are supported by an
independent basis in fact containing each of the essential elements of such offenses.  I therefore
recommend that the plea of guilty be accepted and that the Defendant be adjudicated guilty and have
sentence imposed accordingly.


Dated:  September 23, 2015                    /s/ *Elizabeth M. Timothy*_____
                                                                **ELIZABETH M. TIMOTHY**
                                                                **CHIEF UNITED STATES MAGISTRATE JUDGE**


**NOTICE**

        **Any objections to these proposed findings and recommendations must be filed within
twenty four (24) hours after being served a copy thereof.  Any different deadline that may
appear on the electronic docket is for the court's internal use only, and does not control.  If a
party fails to object to the magistrate judge's findings or recommendations as to any particular
claim or issue contained in a report and recommendation, that party waives the right to
challenge on appeal the district court's order based on the unobjected-to factual and legal
conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**